IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES TURPIN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>HURRICANE EXPRESS, INC. and JONATHAN, LTD.,<br><br>　　　　　　　Defendants. | Case No. 4:20-cv-00544-JED-SH |

JOINT REQUEST FOR FINAL APPROVAL HEARING DATE

COME NOW the parties by and through their respective counsel for this Joint Request for Final Approval Hearing Date and state to the Court as follows:

1.　On August 12, 2022, the Court entered its order granting preliminary approval of the settlement that has been reached in this case. *See* Doc. 48.

2.　In that order, the Court indicated it would "further schedule for a final approval hearing to hear and consider any objections to the Settlement and to rule upon such other matters as the Court may deem appropriate." *Id.* at ¶ 18.

3.　The Parties and Administrator have completed the required information exchange and initial calculations necessary to effectuate the settlement as ordered. However, the notice form approved by the court has a blank for the date and time of the Final Approval Hearing that needs to be filled in before notice may issue to the class. *Id.* at ¶ 7.

4.　To allow sufficient time for the administrator to complete its assigned tasks and for Plaintiff to file its motion for Final Approval of Class Action Settlement, the parties

request that the Court schedule the Final Approval Hearing for a date that is at least 120 days from the date the Court issues its order scheduling the Final Approval Hearing.

WHEREFORE the parties request the Court set the Final Approval hearing at a date and time convenient to the Court that is at least 120 days from the date the Court issues its order scheduling the Final Approval Hearing, and for such other and further relief as the Court deems proper.

Dated: September 29, 2022

Respectfully submitted,

TTB LAW

/s/ Joshua S. Turner
Joshua S. Turner, OBA # 22321
219 E. Main St.
Norman, OK 73069
Tel: 405-364-8300
Fax: 405-364-7059
Email: josh@ttb-law.com

LEAR WERTS LLP

/s/ Todd C. Werts
Todd C. Werts, *pro hac vice*
103 Ripley Street
Columbia, Missouri 65201
Tel: 573-875-1991
Fax: 573-875-1985
Email: werts@learwerts.com

ROBERTS, WOOTEN & ZIMMER, LLC

Charles R. Wooten, *pro hac vice*
10438 Business 21
Hillsboro, MO 63050
T: 636-797-2693
F: 636-789-4205
E: charleswooten@rwzlaw.com

Attorneys for Plaintiff

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.

/s/ Angela S. Cash
Angela S. Cash, admitted pro hac vice
acash@scopelitis.com
Christopher J. Eckhart, admitted pro hac vice
ceckhart@scopelitis.com
Karen B. Reisinger, admitted pro hac vice
kreisinger@scopelitis.com
10 W. Market St., Ste. 701
Indianapolis, IN 46204
Phone: 317-637-1777
Fax: 317- 687-2414

HALL ESTILL HARDWICK GABLE GOLDEN & NELSON

Keith A. Wilkes, OBA #16750
Johnathan L. Rogers, OBA #21341
320 South Boston Avenue, Suite 200
Tulsa, OK 74103
Phone: 918-594-0686
Fax: 918-594-0505
jrogers@hallestill.com
kwilkes@hallestill.com

Attorneys for Defendants, Hurricane Express, Inc. and Jonathan, Ltd.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the above and foregoing was filed with the Court's CM/ECF system on September 29, 2022. That system will electronically serve all those entitled to notice in this case.

/s/ Todd C. Werts

4861-5016-0181, v. 2